# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**Case No. 1:05−bk−09203−MDF**

**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Terry A. DeWitt 219 North Main Street
Mercersburg, PA 17236

Social Security No.:
xxx−xx−0953

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Charles A. Bierbach (Trustee)**

is discharged as trustee of the above named debtor(s) and the chapter 7 case of the above named debtor(s) is closed.

Dated: 3/29/06

BY THE COURT

Mary D. France

United States Bankruptcy Judge

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

District/off: 0314-1 User: CKovach Page 1 of 1 Date Rcvd: Mar 29, 2006
Case: 05-09203 Form ID: fnldec Total Served: 1

The following entities were served by first class mail on Mar 31, 2006.
db +Terry A. DeWitt, 219 North Main Street, Mercersburg, PA 17236-1747

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2006** **Signature:** Joseph Speetjens